# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 23, 2009

139431

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CHRISTOPHER A. LASK,
      Plaintiff-Appellant,
and

BLUE CROSS/BLUE SHIELD OF
MICHIGAN,
      Intervening Plaintiff,

v

ROSE MOVING & STORAGE COMPANY,
INC., and ACCIDENT FUND INSURANCE
COMPANY OF AMERICA,
      Defendants-Appellees.

SC: 139431
COA: 291401
WCAC: 08-000192

_____/

      On order of the Court, the application for leave to appeal the June 25, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 23, 2009

_____
Clerk